**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| **JAMESINA CRAWFORD, *et al*.,** | ) | |
| | ) | **Case No. 4:14-cv-00130-AWA-LRL** |
| **Plaintiffs,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **vs.** | ) | |
| | ) | **Judge Arenda Wright Allen** |
| **NEWPORT   NEWS   INDUSTRIAL** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR EXTENSION OF
DISPOSITIVE MOTION DEADLINES AND MEMORANDUM IN SUPPORT**

Pursuant to Federal Rule of Civil Procedure 16, Local Rule 16 and Local Rule 56, Plaintiffs and Defendant Newport News Industrial Corporation ("Defendant") (collectively, the "parties") respectfully move this Court for an order extending the dispositive motion deadlines as follows: (i) summary judgment motions due August 31, 2016, (ii) responses due October 19, 2016, and (iii) replies due December 7, 2016.  In support of their joint motion, the parties state:

1.      On September 9, 2015, the Court issued an initial Scheduling Order in this case. Doc. 41.

2.      On April 13, 2016, the Court modified the Order, granting Plaintiffs' motion for extension of discovery and dispositive motion deadlines by 60 days.  Doc. 98.

3.      Under this current Order, "Summary judgment motions are due July 27, 2016," "Responses to summary judgment motions are due August 10, 2016," and "Replies are due August 17, 2016."

4.      The parties respectfully request the Court extend the dispositive motions deadlines by making: (i) summary judgment motions due August 31, 2016, (ii) responses due October 19, 2016, and (iii) replies due December 7, 2016.

5.      There is currently a settlement conference set for December 6, 2016.

6.      As the Court has noted previously this is a "complex" case involving "thirty-seven plaintiffs with varying claims and varying facts to support those claims."  Doc. 59.

7.      The parties have been working together cooperatively and diligently.  Indeed, over the last several months, Defendant has taken all 37 Plaintiffs' depositions as well as almost 40 other witnesses identified by Plaintiffs' counsel.  Plaintiffs have taken over 60 depositions of their own.  Given the complexity of this matter, the number of witnesses, and documents exchanged (over 300,000), the parties believe this request is reasonable to allow the parties to digest the amount of information exchanged and the number of depositions taken.

8.      At this time, no trial date(s)[1] or hearing date(s) for motions for summary judgment are set for this matter, and thus, movement of the briefing dates will not necessitate any scheduling changes associated with trial(s) or hearing(s).

9.      Because the parties agree to the relief sought and bring this as a joint motion, no hearing will be requested.  Should the Court deem a hearing necessary, the parties will appear before the Court, but would ask that it take place prior to the current deadline for dispositive motions.

WHEREFORE, for good cause shown, the parties respectfully request the Court grant the attached Proposed Order on the Joint Motion for Extension of Dispositive Motion Deadlines, making (i) summary judgment motions due August 31, 2016, (ii) responses due October 19, 2016, and (iii) replies due December 7, 2016, and for such other relief as the Court deems proper.

---

[1] As the Court is aware, there is a motion for severence pending which could impact the number of trials/hearings in this matter.

**RESPECTFULLY SUBMITTED,**

*/s/ Scott W. Kezman*
Burt H. Whitt
Virginia State Bar No. 18308
Scott W. Kezman
Virginia State Bar No. 36831
Patrick H. O'Donnell
Virginia State Bar No. 29637
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:   (757) 624-3000
Facsimile:   (888) 360-9092
bhwhitt@kaufcan.com
swkezman@kaufcan.com
phodonnell@kaufcan.com

Donald S. Prophete
Missouri Bar No. 56058
Nicole H. Howell
Missouri Bar No. 56815
Nicholas J. Walker
Missouri Bar No. 56825
Jill E. Moenius
Missouri Bar No. 65050
Michael A. Gaston-Bell
Missouri Bar No. 68723
CONSTANGY, BROOKS, SMITH
 & PROPHETE, LLP
2600 Grand Blvd., Suite 750
Kansas City, MO 64118
Telephone:   (816) 472-6400
Facsimile:   (816) 472-6401
dprophete@constangy.com
nhowell@constangy.com
nwalker@constangy.com
jmoeniux@constangy.com
mgastonbell@constangy.com

Robert Ortbals, Jr.
Missouri Bar No. 56540
CONSTANGY, BROOKS, SMITH
 & PROPHETE, LLP
7733 Forsyth Blvd., Suite 1325
St. Louis, MO 63105
Telephone:   (314) 925-7270

*/s/ James H. Shoemaker, Jr.*
(signed by Scott W. Kezman
 with permission)
James H. Shoemaker, Jr.
Jason E. Messersmith
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602
jshoemaker@phwd.com
jmessersmith@phwd.com

Joshua Friedman
Rebecca Houlding
Effat R. Hussain
Jesse Centrella
FRIEDMAN AND HOULDING LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
(888) 369-1119
josh@joshuafriedmanesq.com
rebecca@joshuafriedmanesq.com
effat@joshuafriedmanesq.com
jesse@joshuafriedmanesq.com

**ATTORNEYS FOR PLAINTIFFS**

Facsimile:    (314) 727-1978
rortbals@constangy.com

Anjanette Cabrera
New York Bar No. 3941085
Naveen Kabir
New York Bar No. 4674511
Jan-Philip Kernisan
New York Bar No. 4817045
CONSTANGY, BROOKS, SMITH
 & PROPHETE, LLP
101 Avenue of the Americas
8th and 9th Floors
New York, NY 10013
Telephone:   (646) 341-6544
Facsimile:    (646) 341-6543
acabrera@constangy.com
nkabir@constangy.com
jkernisan@constangy.com

Erika V. Mason
Georgia Bar No. 14986
Timothy R. Newton
Georgia Bar No. 542200
CONSTANGY, BROOKS, SMITH
 & PROPHETE, LLP
230 Peachtree St., NW, Suite 2400
Atlanta, GA 30303
Telephone:   (404) 525-8622
Facsimile:    (404) 525-6955
emason@constangy.com
tnordstrom@constangy.com
tnewton@constangy.com

Steven W. Moore
Colorado Bar No. 23320
CONSTANGY, BROOKS, SMITH
 & PROPHETE, LLP
600 17th Street, Suite 2700S
Denver, CO 80202
smoore@constangy.com

Daniel F. Basnight
Virginia State Bar No. 42583
KAUFMAN & CANOLES, P.C.
One City Center
11815 Fountain Way, Suite 400
Newport News, VA 23606
Telephone:   (757) 873-6300
Facsimile:     (757) 873-6359
dbasnight@kaufcan.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

James H. Shoemaker, Jr.
Jason E. Messersmith
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602
jshoemaker@phwd.com
jmessersmith@phwd.com

Joshua Friedman
Rebecca Houlding
Effat R. Hussain
Jesse Centrella
FRIEDMAN & HOULDING LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
josh@joshuafriedmanesq.com
rebecca@joshuafriedmanesq.com
effat@joshuafriedmanesq.com
jesse@joshuafriedmanesq.com

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Scott W. Kezman*
Scott W. Kezman
Virginia State Bar No. 36831
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:     (757) 624-3000
Facsimile:     (888) 360-9092
swkezman@kaufcan.com

14950515v1