IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| **JAMESINA CRAWFORD,** *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**NEWPORT NEWS INDUSTRIAL CORPORATION**<br><br>　　　　Defendant. | **Case No. 4:14-cv-00130–AWA-LRL** |

## STATUS REPORT OF THE PARTIES PURSUANT TO DOCKET ENTRY 357

　　Pursuant to the Court's Order of March 15, 2019 requiring the filing of a status report, to include whether the case should now be set for trial (DE 357), the parties are requesting the Court refer this matter to Magistrate Judge Leonard for a settlement conference. The parties expect that a full day will be required, and the parties have agreed that all Plaintiffs[1], and Defendant representative(s) with authority to resolve the matters, will attend. The parties have considered private mediation and believe a settlement conference before Judge Leonard is preferable.

　　As a result of the number of Plaintiffs who will be attending, some of whom will be traveling from other states, and will need to bank vacation time to attend, the parties request 60 days to conduct the settlement conference  (or additional time as may be dictated by Judge Leonard's schedule).

---

[1] While the parties' intention is for every current Plaintiff (and any former Plaintiff who may be represented by Plaintiffs' counsel on appeal) to attend, the parties agree to work together in good faith to the extent there may be scheduling or other unanticipated issues that prevent a small number of Plaintiffs from attending.

The parties believe proceeding with a settlement conference first, and then conferring with the Court to set the case for trial if necessary, would be most efficient. The parties have had preliminary discussions, are prepared to make a serious effort towards settlement, and believe it is most efficient to prepare for a settlement conference before setting a trial date, rather than while preparing for trial.

Defendant has also filed its renewed Motion to Sever or in the Alternative to Bifurcate Plaintiffs' Claims into Separate Trials, which it believes should be addressed prior to setting the case for trial(s).

Respectfully submitted,

By:    /s/ James Shoemaker, Jr.
James H. Shoemaker, Jr., Esq.
Virginia State Bar No. 33148
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4500
Facsimile: (757) 223-4518
jshoemaker@phwd.com

Joshua Friedman
Rebecca Houlding
Friedman & Houlding LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
Telephone: (888) 369-1119 x 8
Facsimile: (866) 731-5542
josh@friedmanhouldingllp.com
rebecca@friedmanhouldingllp.com

*Counsel for Plaintiffs*

By:  /s/   Nikki Howell, Esq.
Nikki Howell, Esq.

Constangy, Brooks, Smith & Prophete, LLP
2600 Grand Boulevard, Suite 750
Kansas City, MO 64108
816.472.6400
nhowell@constangy.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, I will electronically file the foregoing using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: *James H. Shoemaker, Jr.*
      James H. Shoemaker, Jr.