# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

| | |
|---|---|
| **JAMESINA CRAWFORD,** *et al.*, ) | |
| ) | **Case No. 4:14-cv-00130-AWA-RJK** |
| **Plaintiffs,** ) | |
| ) | **JURY TRIAL DEMANDED** |
| vs. ) | |
| ) | **Judge Arenda Wright Allen** |
| **NEWPORT NEWS INDUSTRIAL CORPORATION,** ) ) | |
| ) | |
| **Defendant.** ) | |

## JOINT MOTION FOR LEAVE TO AMEND SCHEDULING ORDER

Plaintiffs and Defendant Newport News Industrial Corporation ("Defendant") (collectively, the "parties") respectfully move this Court for leave to file an amended scheduling order. In support of their joint motion, the parties state:

1. As the Court has noted previously this is a "complex," multi-plaintiff employment lawsuit.

2. On September 9, 2015, the Court issued an initial Scheduling Order in this case. Doc. 41. It was subsequently modified on April 13, 2016. Doc. 98.

3. Because of the extensiveness of discovery, motion practice, etc., originally-scheduled trial dates were stricken.

4. Following resolution of numerous motions for summary judgment and other post-discovery motion practice, on January 9, 2020, the Court reset trial in this case for October 14, 2020 at 10 a.m.

5. Due to the complexity of the case and number of remaining plaintiffs, the trial is scheduled for six weeks.

6. To assist in the smooth administration of the trial, the parties have worked cooperatively and agreed to various pre-trial deadlines to govern, for example, supplementation of discovery, exchange of exhibits and deposition designations, etc. The parties' Proposed Amended Scheduling Order is filed with this Motion as **Exhibit 1**.

7. Accordingly, the parties respectfully request the Court grant their motion for leave and amend the scheduling order(s) to adopt the deadlines proposed.

8. Because the parties agree to the relief sought and bring this as a joint motion, no hearing will be requested.

WHEREFORE, for good cause shown, the parties respectfully request the Court grant their Joint Motion for Leave to Amend Scheduling Order, adopt the deadlines proposed, and for such other relief as the Court deems proper.

**RESPECTFULLY SUBMITTED,**

*/s/ Sharon Reyes*
Burt H. Whitt
Virginia State Bar No. 18308
Patrick H. O'Donnell
Virginia State Bar No. 29637
Sharon K. Reyes
Virginia Bar No. 87701
KAUFMAN & CANOLES, P.C. 150 West Main Street, Suite 2100 P.O. Box 3037
Norfolk, VA 23510
Telephone: (757) 624-3300
Facsimile: (888) 360-9092
bhwhitt@kaufcan.com
phodonnell@kaufcan.com
skreyes@kaufcan.com

Scott W. Kezman
Virginia State Bar No. 36831
Counsel for Newport News Industrial Corporation
4101 Washington Ave
Newport News, VA 23607
Telephone: (757) 380-7157
Facsimile: (757) 380-3875
Scott.W.Kezman@hii-co.com

Donald S. Prophete
Missouri Bar No. 56058
Nicole H. Howell
Missouri Bar No. 56815
Jill E. Moenius
Missouri Bar No. 65050
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2600 Grand Blvd., Suite 750
Kansas City, MO 64118
Telephone: (816) 472-6400
Facsimile: (816) 472-6401
dprophete@constangy.com
nhowell@constangy.com
jmoenius@constangy.com

*/s/ James H. Shoemaker, Jr.*
James H. Shoemaker, Jr.
Jason E. Messersmith
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602
jshoemaker@phwd.com
jmessersmith@phwd.com

Joshua Friedman
Rebecca Houlding
Jesse Centrella
FRIEDMAN AND HOULDING LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
(888) 369-1119
josh@joshuafriedmanesq.com
rebecca@joshuafriedmanesq.com
jesse@joshuafriedmanesq.com

**ATTORNEYS FOR PLAINTIFFS**

Robert Ortbals, Jr.
Missouri Bar No. 56540
CONSTANGY, BROOKS, SMITH
 & PROPHETE, LLP
7733 Forsyth Blvd., Suite 1325
St. Louis, MO 63105
Telephone:  (314) 925-7270
Facsimile:   (314) 727-1978
rortbals@constangy.com

Anjanette Cabrera
New York Bar No. 3941085
Naveen Kabir
New York Bar No. 4674511
CONSTANGY, BROOKS, SMITH
 & PROPHETE, LLP
101 Avenue of the Americas
8th and 9th Floors
New York, NY 10013
Telephone:  (646) 341-6544
Facsimile:   (646) 341-6543
acabrera@constangy.com
nkabir@constangy.com

Steven W. Moore
Colorado Bar No. 23320
CONSTANGY, BROOKS, SMITH
 & PROPHETE, LLP
600 17th Street, Suite 2700S
Denver, CO 80202
smoore@constangy.com

Daniel F. Basnight
Virginia State Bar No. 42583
KAUFMAN & CANOLES, P.C.
One City Center
11815 Fountain Way, Suite 400
Newport News, VA 23606
Telephone:  (757) 873-6300
Facsimile:   (757) 873-6359
dbasnight@kaufcan.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

James H. Shoemaker, Jr.
Jason E. Messersmith
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602
jshoemaker@phwd.com
jmessersmith@phwd.com

Joshua Friedman
Rebecca Houlding
Jesse Centrella
FRIEDMAN & HOULDING LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
josh@joshuafriedmanesq.com
rebecca@joshuafriedmanesq.com
jesse@joshuafriedmanesq.com

**ATTORNEYS FOR PLAINTIFFS**

    */s/ Sharon Reyes*
Burt H. Whitt
Virginia State Bar No. 18308
Patrick H. O'Donnell
Virginia State Bar No. 29637
Sharon K. Reyes
Virginia Bar No. 87701
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
P.O. Box 3037
Norfolk, VA 23510
Telephone: (757) 624-3300
Facsimile: (888) 360-9092
bhwhitt@kaufcan.com
phodonnell@kaufcan.com
skreyes@kaufcan.com
**ATTORNEYS FOR DEFENDANT**