IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| **JAMESINA CRAWFORD,** *et al.*, | |
| **Plaintiffs,** | |
| vs. | Case No. 4:14-cv-00130–AWA-RJK |
| **NEWPORT NEWS INDUSTRIAL CORPORATION** | |
| **Defendant.** | |

## PLAINTIFFS' MOTION TO COMPEL
## FED. R. CIV. P. 26(E) SUPPLEMENTAL DISCOVERY RESPONSES

Plaintiffs, by and through their undersigned counsel, respectfully file the instant motion to compel Defendant to supplement incomplete or incorrect discovery responses as required by Federal Rule of Civil Procedure 26(e). For the reasons set forth in the attached memorandum of law, Plaintiffs request Defendant supplement the following Demands: from Plaintiff Crawford's First Set of Interrogatories, Nos. 2, 4, 5, 6 (exhibit C), and Requests for Production of Documents Nos. 2, 4, 5, 6, 8-10, 12, 17, 19, 23, 24, 33, 48, 51, 53, 54, 61, and 67 (exhibit D); from Plaintiff Edouard's First Set of Interrogatories Nos. 3, 4, and 20 (exhibit E), and Requests for Production of Documents Nos. 3[1], 4, 19, 20, 23 and 26 (exhibit E).

As set forth in the memorandum of law, the parties conferred in good faith on multiple occasions but were unable to resolve the instant dispute.

---

[1] Plaintiffs seek responses to either Interrogatory or Document Demand, for numbers 3 and 4. In other words, if an interrogatory is complete, documents are not also required, or vice versa.

1

Wherefore, Plaintiffs respectfully request that their motion be granted.

Dated: May 15, 2020

                                            Respectfully Submitted,

                                            By:  */s/ James H. Shoemaker, Jr.*
James H. Shoemaker, Jr.
Virginia State Bar No. 33148
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone:  (757) 223-4500
Fax:  (757) 223-4518
jshoemaker@pwhd.com
*Local Counsel for Plaintiffs*

By:  */s/ Rebecca Houlding*
Rebecca Houlding
Friedman & Houlding LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
Tel (212) 308-4338 x 5
Fax (866) 731-5553
Rebecca@friedmanhoudinglp.com
*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2020, I will electronically file the foregoing Motion to Compel with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

          /s/  *James H. Shoemaker, Jr.*
James H. Shoemaker, Jr.
Virginia State Bar No. 33148
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone:  (757) 223-4500
Fax:  (757) 223-4518
jshoemaker@pwhd.com