IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

JAMESINA CRAWFORD, *et al.*,

**Plaintiffs,**

vs.

**NEWPORT NEWS INDUSTRIAL CORPORATION,**

**Defendant.**

Case No. 4:14-cv-00130-RCY-RJK

**JURY TRIAL DEMANDED**
**Judge Roderick C. Young**

## MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.1(G), Defendant, by counsel, moves for leave to allow Naveen Kabir, counsel for Defendant, at the email address nkabir@constangy.com, to withdraw her appearance for counsel for Defendant as Ms. Kabir will no longer be affiliated with Constangy, Brooks, Smith & Prophete, LLP as of June 11, 2021.

Wherefore, Defendant respectfully requests that the Court grant leave to allow Ms. Kabir to withdraw her appearance and direct the Clerk to remove her from the Court's Electronic Notification System as counsel of record.

Respectfully submitted,

| | |
|---|---|
| */s/ Sharon Reyes* <br> Burt H. Whitt <br> Virginia State Bar No. 18308 <br> Patrick H. O'Donnell <br> Virginia State Bar No. 29637 <br> Sharon K. Reyes <br> Virginia Bar No. 87701 <br> KAUFMAN & CANOLES, P.C. <br> 150 West Main Street, Suite 2100 P.O. Box 3037 <br> Norfolk, VA 23510 <br> Telephone: (757) 624-3300 <br> Facsimile: (888) 360-9092 <br> bhwhitt@kaufcan.com <br> phodonnell@kaufcan.com <br> skreyes@kaufcan.com <br><br> Scott W. Kezman <br> Virginia State Bar No. 36831 <br> Counsel for Newport News Industrial Corporation <br> 4101 Washington Ave <br> Newport News, VA 23607 <br> Telephone: (757) 380-7157 <br> Facsimile: (757) 380-3875 <br> Scott.W.Kezman@hii-co.com <br><br> Donald S. Prophete <br> Missouri Bar No. 56058 <br> R. Evan Jarrold <br> Missouri Bar No. 64936 <br> CONSTANGY, BROOKS, SMITH & PROPHETE, LLP <br> 2600 Grand Blvd., Suite 750 <br> Kansas City, MO 64118 <br> Telephone: (816) 472-6400 <br> Facsimile: (816) 472-6401 <br> dprophete@constangy.com <br> ejarrold@constangy.com | Nicole H. Howell <br> Missouri Bar No. 56815 <br> FOX ROTHSCHILD LLP <br> 4050 Pennsylvania Ave., Suite 2000 <br> Kansas City, MO  64111 <br> Telephone:  (303) 383-7664 <br> Facsimile:  (303) 292-1300 <br> NHowell@foxrothschild.com <br><br> Robert Ortbals, Jr. <br> Missouri Bar No. 56540 <br> CONSTANGY, BROOKS, SMITH & PROPHETE, LLP <br> 7733 Forsyth Blvd., Suite 1325 <br> St. Louis, MO 63105 <br> Telephone: (314) 925-7270 <br> Facsimile: (314) 727-1978 <br> rortbals@constangy.com <br><br> Timothy R. Newton <br> Georgia Bar No. 542200 <br> CONSTANGY, BROOKS, SMITH & PROPHETE, LLP <br> 230 Peachtree St., NW, Suite 2400 <br> Atlanta, GA 30303 <br> Telephone: (404) 525-8622 <br> Facsimile: (404) 525-6955 <br> tnewton@constangy.com <br><br> Anjanette Cabrera <br> New York Bar No. 3941085 <br> Naveen Kabir <br> New York Bar No. 4674511 <br> CONSTANGY, BROOKS, SMITH & PROPHETE, LLP <br> 620 8th Avenue, 38th Floor <br> New York, NY 10018 <br> Telephone: (646) 341-6544 <br> Facsimile: (646) 341-6543 <br> acabrera@constangy.com <br> nkabir@constangy.com |

Daniel F. Basnight
Virginia State Bar No. 42583
KAUFMAN & CANOLES, P.C.
One City Center
11815 Fountain Way, Suite 400
Newport News, VA 23606
Telephone: (757) 873-6300
Facsimile: (888) 360-9092
dbasnight@kaufcan.com

**ATTORNEYS FOR**
**DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

James H. Shoemaker, Jr.
Jason E. Messersmith
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602
jshoemaker@phwd.com
jmessersmith@phwd.com

Joshua Friedman
Rebecca Houlding
Jesse Centrella
FRIEDMAN & HOULDING LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
josh@friedmanhoudingllp.com
rebecca@friedmanhoudingllp.com
jesse@friedmanhoudingllp.com

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Sharon Reyes*
Burt H. Whitt
Virginia State Bar No. 18308
Sharon K. Reyes
Virginia Bar No. 87701
Patrick H. O'Donnell
Virginia State Bar No. 29637
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
P. O. Box 3037
Norfolk, VA 23510
Telephone: (757) 624-3300
Facsimile: (888) 360-9092
bhwhitt@kaufcan.com
skreyes@kaufcan.com
phodonnell@kaufcan.com

19539893v1