**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

JAMESINA CRAWFORD, *et al*.,

      Plaintiffs,

  vs.

NEWPORT NEWS
INDUSTRIAL CORPORATION

      Defendant.

Case No. 4:14-cv-00130–RCY-LRL

---

## PLAINTIFFS' PROPOSED VERDICT FORM

Pursuant to the Court's Rule 16(b) Scheduling Order, Plaintiffs submit the following proposed Verdict Form.

Respectfully submitted,

By:    */s/ James H. Shoemaker, Jr.*
       Local Counsel

James H. Shoemaker, Jr., Esq.
Virginia State Bar No. 33148
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4580
Facsimile: (757) 249-1627

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

JAMESINA CRAWFORD, *et al*.,

     Plaintiffs,

  vs.

NEWPORT NEWS
INDUSTRIAL CORPORATION

    Defendant.

Case No. 4:14-cv-00130–RCY-LRL

We, the jury in the above-entitled case, render the following verdicts:

## AS TO PLAINTIFF MARK BARNETT

### Count I – Hostile Work Environment

1.     Do you find by a preponderance of the evidence that Plaintiff Barnett experienced

a hostile work environment because of his race?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE - 3 - AS TO
PLAINTIFF IAN BLOW**

2.     Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Barnett experienced?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE - 3 - AS TO
PLAINTIFF IAN BLOW**

3.      What amount of emotional distress damages is Plaintiff Barnett entitled to

recover for his hostile work environment claim?

$_____

4.     Is Plaintiff Barnett entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____            No_____

5.      If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Barnett's hostile work environment claim:

$_____

### MOVE ON TO PAGE - 3 - AS TO PLAINTIFF IAN BLOW

### AS TO PLAINTIFF IAN BLOW

### Count I – Hostile Work Environment

1.      Do you find by a preponderance of the evidence that Plaintiff Blow experienced a

hostile work environment because of his race?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE - 4 - AS TO
PLAINTIFF RICHARD BOSTIC**

2.      Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Blow experienced?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE - 4 - AS TO
PLAINTIFF RICHARD BOSTIC**

3.       What amount of emotional distress damages is Plaintiff Blow entitled to recover

for his hostile work environment claim?

$_____

4.      Is Plaintiff Blow entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____                No_____

5.       If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Blow's hostile work environment claim:

$_____

### MOVE ON TO PAGE - 4 - AS TO PLAINTIFF RICHARD BOSTIC

## AS TO PLAINTIFF RICHARD BOSTIC

### Count I – Hostile Work Environment

1.     Do you find by a preponderance of the evidence that Plaintiff Bostic experienced a hostile work environment because of his race?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE - 7 - AS TO PLAINTIFF ERNEST CHESSON**

2.     Is Defendant Newport News Industrial Corporation liable for the hostile work environment Plaintiff Bostic experienced?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3-6;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE - 7 - AS TO PLAINTIFF ERNEST CHESSON**

3.     What amount of emotional distress damages is Plaintiff Bostic entitled to recover for his hostile work environment claim?

$_____

4.     Is Plaintiff Bostic entitled to an award of punitive damages against Defendant Newport News Industrial Corporation for the hostile work environment?

Yes_____               No_____

5.     If the answer to Question 4 is "Yes," state the amount of money that is awarded in punitive damages on Plaintiff Bostic's hostile work environment claim:

$_____

## AS TO PLAINTIFF RICHARD BOSTIC (CONT.)

### Count 2 — Constructive Discharge

6.      Do you find by a preponderance of the evidence that Plaintiff Bostic quit because

of a hostile work environment that a reasonable person in his position would have felt was

intolerable?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 6, MOVE ON TO QUESTIONS 7-11;**

**IF YOU ANSWERS "NO" TO QUESTION 6, MOVE ON TO PAGE - 7 - AS TO PLAINTIFF ERNEST CHESSON**

7.      What amount of emotional distress damages is Plaintiff Bostic entitled to recover

for his constructive discharge claim?

$_____

8.      What amount of damages is Plaintiff Bostic entitled to recover for past lost

earnings?

$_____

9.      What amount of damages is Plaintiff Bostic entitled to recover for future lost

earnings?[1]

$_____

**MOVE ON TO QUESTION 10**

---

[1] This, and the following questions in the Verdict Sheet concerning future lost earnings, are provided in the event that the Court decides to obtain an advisory verdict from the jury. Plaintiffs recognize that the amount of front pay is an equitable issue for the Court. *See Cline v. Wal-Mart Stores,* 144 F.3d 294, 307 (4th Cir. 1998).

**AS TO PLAINTIFF RICHARD BOSTIC (CONT.)**

**Count 2 — Constructive Discharge (cont.)**

10.      Is Plaintiff Bostic entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for constructively discharging him?

Yes_____              No_____

11.      If the answer to Question 10 is "Yes," state the amount of money that is awarded

in punitive damages for the constructive discharge claim:

$_____

**MOVE ON TO PAGE - 7 - AS TO PLAINTIFF ERNEST CHESSON**

## AS TO PLAINTIFF ERNEST CHESSON

### Count 1 – Hostile Work Environment

1.      Do you find by a preponderance of the evidence that Plaintiff Chesson

experienced a hostile work environment because of his race?

Yes_____      No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO QUESTION 12**

2.      Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Chesson experienced?

Yes_____      No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3-6;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO QUESTION 12**

3.      What amount of emotional distress damages is Plaintiff Chesson entitled to

recover for his hostile work environment claim:

$_____

4.      Is Plaintiff Chesson entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____            No_____

5.      If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Chesson's hostile work environment claim:

$_____

**AS TO PLAINTIFF ERNEST CHESSON (CONT.)**

**Count 2 — Constructive Discharge**

6.      Do you find by a preponderance of the evidence that Plaintiff Chesson quit because of a hostile work environment that a reasonable person in his position would have felt was intolerable?

Yes_____      No_____

**IF YOU ANSWERED "YES" TO QUESTION 6, MOVE ON TO QUESTIONS 7-11;**

**IF YOU ANSWERS "NO" TO QUESTION 6, MOVE ON TO QUESTION 12**

7.      What amount of emotional distress damages is Plaintiff Chesson entitled to recover for his constructive discharge claim:

$_____

8.      What amount of damages is Plaintiff Chesson entitled to recover for past lost earnings:

$_____

9.      What amount of damages is Plaintiff Chesson entitled to recover for future lost earnings:

$_____

10.      Is Plaintiff Chesson entitled to an award of punitive damages against Defendant Newport News Industrial Corporation for constructively discharging him?

Yes_____          No_____

11.      If the answer to Question 10 is "Yes," state the amount of money that is awarded in punitive damages:

$_____

**MOVE ON TO QUESTION 12**

**AS TO PLAINTIFF ERNEST CHESSON (CONT.)**

**Count 3 — Retaliation**

12.    Do you find by a preponderance of the evidence that Defendant Newport News

Industrial Corporation retaliated against Plaintiff Chesson for engaging in protected activity?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 12, ANSWER QUESTIONS 13-15;**

**IF YOU ANSWERED "NO" TO QUESTION 12, MOVE ON TO PAGE - 10 - AS TO
PLAINTIFF JAMESINA CRAWFORD**

13.     What amount of emotional distress damages is Plaintiff Chesson entitled to

recover for his retaliation claim:

$_____

14.    Is Plaintiff Chesson entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for retaliation?

Yes_____            No_____

15.    If the answer to Question 14 is "Yes," state the amount of money that is awarded

in punitive damages:

$_____

**MOVE ON TO PAGE - 10 - AS TO PLAINTIFF JAMESINA CRAWFORD**

## AS TO PLAINTIFF JAMESINA CRAWFORD

### Count 1 – Hostile Work Environment

1.      Do you find by a preponderance of the evidence that Plaintiff Crawford

experienced a hostile work environment because of her race?

Yes_____      No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE - 11 - AS TO PLAINTIFF JONATHON DANTES**

2.      Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Crawford experienced?

Yes_____      No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE - 11 - AS TO PLAINTIFF JONATHON DANTES**

3.       What amount of emotional distress damages is Plaintiff Crawford entitled to

recover for her hostile work environment claim?

$_____

4.      Is Plaintiff Crawford entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____                No_____

5.       If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Crawford's hostile work environment claim:

$_____

**MOVE ON TO PAGE - 11 - AS TO PLAINTIFF JONATHON DANTES**

- 10 -

## AS TO PLAINTIFF JONATHON DANTES
### Count 1 – Hostile Work Environment

1.      Do you find by a preponderance of the evidence that Plaintiff Dantes experienced

a hostile work environment because of his race?

Yes_____      No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE – 12 – AS TO PLAINTIFF FRANTZ EDOUARD**

2.      Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Dantes experienced?

Yes_____      No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE – 12 – AS TO PLAINTIFF FRANTZ EDOUARD**

3.      What amount of emotional distress damages is Plaintiff Dantes entitled to recover

for his hostile work environment claim?

$_____

4.      Is Plaintiff Dantes entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____            No_____

5.      If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Dantes' hostile work environment claim:

$_____

**MOVE ON TO PAGE – 12 – AS TO PLAINTIFF FRANTZ EDOUARD**

## AS TO PLAINTIFF FRANTZ EDOUARD
### Count 1 – Hostile Work Environment

1.      Do you find by a preponderance of the evidence that Plaintiff Edouard experienced a hostile work environment because of his race?

Yes_____      No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE - 13 -  AS TO PLAINTIFF STEVEN GORDON**

2.      Is Defendant Newport News Industrial Corporation liable for the hostile work environment Plaintiff Edouard experienced?

Yes_____      No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE - 13 -  AS TO PLAINTIFF STEVEN GORDON**

3.       What amount of emotional distress damages is Plaintiff Edouard entitled to recover for his hostile work environment claim?

$_____

4.      Is Plaintiff Edouard entitled to an award of punitive damages against Defendant Newport News Industrial Corporation for the hostile work environment?

Yes_____              No_____

5.       If the answer to Question 4 is "Yes," state the amount of money that is awarded in punitive damages on Plaintiff Edouard's hostile work environment claim:

$_____

**MOVE ON TO PAGE - 13 -  AS TO PLAINTIFF STEVEN GORDON**

## AS TO PLAINTIFF STEVEN GORDON

### Count 1 – Hostile Work Environment

1.      Do you find by a preponderance of the evidence that Plaintiff Gordon experienced

a hostile work environment because of his race?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE - 14 - QUESTION 6  AS TO PLAINTIFF STEVEN GORDON**

2.      Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Gordon experienced?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE - 14 - QUESTION 6  AS TO PLAINTIFF STEVEN GORDON**

3.       What amount of emotional distress damages is Plaintiff Gordon entitled to

recover for his hostile work environment claim?

$_____

4.      Is Plaintiff Gordon entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____              No_____

5.       If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Gordon's hostile work environment claim:

$_____

## AS TO PLAINTIFF STEVE GORDON (CONT.)

### Count 4 — Discriminatory Pay

6.    Do you find by a preponderance of the evidence that Defendant Newport News Industrial Corporation paid Plaintiff Gordon less than one or more Caucasian workers, for the same or similar work, because of Plaintiff Gordon's race?

Yes_____       No_____

**IF YOU ANSWERED "YES" TO QUESTION 6, ANSWER QUESTIONS 7 - 11;**

**IF YOU ANSWERED "NO" TO QUESTION 6, MOVE ON TO PAGE - 15 - QUESTION 12  AS TO PLAINTIFF STEVEN GORDON**

7.    What amount of emotional distress damages is Plaintiff Gordon entitled to recover for his discriminatory pay claim:

$_____

8.    What amount of damages is Plaintiff Gordon entitled to recover for past lost earnings:

$_____

9.    What amount of damages is Plaintiff Gordon entitled to recover for future lost earnings:

$_____

10.    Is Plaintiff Gordon entitled to an award of punitive damages against Defendant Newport News Industrial Corporation for his discriminatory pay claim?

Yes_____             No_____

11.    If the answer to Question 10 is "Yes," state the amount of money that is awarded in punitive damages:

$_____

- 14 -

## AS TO PLAINTIFF STEVE GORDON (CONT.)

### Count 5 — Failure to Promote

12.     Do you find that Defendant Newport News Industrial Corporation failed to

promote Plaintiff Gordon to Make Up Supervisor because of his race?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 12, ANSWER QUESTIONS 13-16;**

**IF YOU ANSWERED "NO" TO QUESTION 12, MOVE ON TO PAGE - 16 - AS TO PLAINTIFF REGGIE HOLLIMAN**

13.     What amount of emotional distress damages is Plaintiff Gordon entitled to

recover for his failure to promote claim:

$_____

14.     What amount of damages is Plaintiff Gordon entitled to recover for past lost

earnings:

$_____

15.     What amount of damages is Plaintiff Gordon entitled to recover for future lost

earnings:

$_____

16.     Is Plaintiff Gordon entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for his failure to promote claim?

Yes_____                No_____

17.     If the answer to Question 16 is "Yes," state the amount of money that is awarded

in punitive damages:

$_____

**MOVE ON TO PAGE - 16 - AS TO PLAINTIFF REGGIE HOLLIMAN**

## AS TO PLAINTIFF REGGIE HOLLIMAN

### Count 1 – Hostile Work Environment

1.      Do you find by a preponderance of the evidence that Plaintiff Holliman

experienced a hostile work environment because of his race?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE – 17 – AS TO PLAINTIFF LAMAR HOLLOMAN**

2.      Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Holliman experienced?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE – 17 – AS TO PLAINTIFF LAMAR HOLLOMAN**

3.       What amount of emotional distress damages is Plaintiff Holliman entitled to

recover for his hostile work environment claim:

$_____

4.      Is Plaintiff Holliman entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____                  No_____

5.       If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Holliman's hostile work environment claim:

$_____

**MOVE ON TO PAGE – 17 – AS TO PLAINTIFF LAMAR HOLLOMAN**

## AS TO PLAINTIFF LAMAR HOLLOMAN

### Count 1 – Hostile Work Environment

1.      Do you find by a preponderance of the evidence that Plaintiff Holloman

experienced a hostile work environment because of his race?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE - 19 - AS TO PLAINTIFF ALFRED JOYNER**

2.      Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Holloman experienced?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3-6;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE - 19 - AS TO PLAINTIFF ALFRED JOYNER**

3.       What amount of emotional distress damages is Plaintiff Holloman entitled to

recover for his hostile work environment claim?

$_____

4.      Is Plaintiff Holloman entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____                  No_____

5.       If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Holloman's hostile work environment claim:

$_____

**AS TO PLAINTIFF LAMAR HOLLOMAN (CONT.)**

**Count 2 — Constructive Discharge**

6.    Do you find by a preponderance of the evidence that Plaintiff Holloman quit

because of a hostile work environment that a reasonable person in his position would have felt

was intolerable?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 6, MOVE ON TO QUESTIONS 7-11 ;**

**IF YOU ANSWERS "NO" TO QUESTION 6, MOVE ON TO PAGE - 19 - AS TO
PLAINTIFF ALFRED JOYNER**

7.    What amount of emotional distress damages is Plaintiff Holloman entitled to

recover for his constructive discharge claim:

$_____

8.    What amount of damages is Plaintiff Holloman entitled to recover for past lost

earnings:

$_____

9.    What amount of damages is Plaintiff Holloman entitled to recover for future lost

earnings:

$_____

10.    Is Plaintiff Holloman entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for constructively discharging him?

Yes_____                No_____

11.    If the answer to Question 10 is "Yes," state the amount of money that is awarded

in punitive damages:

$_____

**MOVE ON TO PAGE - 19 - AS TO PLAINTIFF ALFRED JOYNER**

- 18 -

## AS TO PLAINTIFF ALFRED JOYNER

### Count 1 – Hostile Work Environment

1.     Do you find by a preponderance of the evidence that Plaintiff Joyner experienced

a hostile work environment because of his race?

Yes_____     No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE – 20 – AS TO PLAINTIFF WILLIE NICHOLS**

2.     Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Joyner experienced?

Yes_____     No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE – 20 – AS TO PLAINTIFF WILLIE NICHOLS**

3.      What amount of emotional distress damages is Plaintiff Joyner entitled to recover

for his hostile work environment claim:

$_____

4.     Is Plaintiff Joyner entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____               No_____

5.      If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Joyner's hostile work environment claim:

$_____

**MOVE ON TO PAGE – 20 – AS TO PLAINTIFF WILLIE NICHOLS**

- 19 -

## AS TO PLAINTIFF WILLIE NICHOLS

### Count 1 – Hostile Work Environment

1.    Do you find by a preponderance of the evidence that Plaintiff Nichols experienced

a hostile work environment because of his race?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE – 21 – AS TO PLAINTIFF CHRIS PAYTON**

2.    Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Nichols experienced?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE – 21 – AS TO PLAINTIFF CHRIS PAYTON**

3.     What amount of emotional distress damages is Plaintiff Nichols entitled to

recover for his hostile work environment claim:

$_____

4.    Is Plaintiff Nichols entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____            No_____

5.     If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Nichols' hostile work environment claim:

$_____

**MOVE ON TO PAGE – 21 – AS TO PLAINTIFF CHRIS PAYTON**

**AS TO PLAINTIFF CHRIS PAYTON**

**Count 1 – Hostile Work Environment**

1.      Do you find by a preponderance of the evidence that Plaintiff Payton experienced

a hostile work environment because of his race?

Yes_____      No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE – 22 – AS TO
PLAINTIFF THEO PIERCE**

2.      Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Payton experienced?

Yes_____      No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE – 22 – AS TO
PLAINTIFF THEO PIERCE**

3.       What amount of emotional distress damages is Plaintiff Payton entitled to recover

for his hostile work environment claim:

$_____

4.      Is Plaintiff Payton entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____              No_____

5.       If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Payton's hostile work environment claim:

$_____

**MOVE ON TO PAGE – 22 – AS TO PLAINTIFF THEO PIERCE**

## AS TO PLAINTIFF THEO PIERCE

### Count 1 – Hostile Work Environment

1.      Do you find by a preponderance of the evidence that Plaintiff Pierce experienced

a hostile work environment because of his race?

Yes_____      No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE –23– AS TO PLAINTIFF ROBERT ROBINSON**

2.      Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Pierce experienced?

Yes_____      No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE –23– AS TO PLAINTIFF ROBERT ROBINSON**

3.       What amount of emotional distress damages is Plaintiff Pierce entitled to recover

for his hostile work environment claim:

$_____

4.      Is Plaintiff Pierce entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____          No_____

5.       If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Pierce's hostile work environment claim:

$_____

**MOVE ON TO PAGE –23– AS TO PLAINTIFF ROBERT ROBINSON**

## AS TO PLAINTIFF ROBERT ROBINSON

### Count 1 – Hostile Work Environment

1.     Do you find by a preponderance of the evidence that Plaintiff Robinson

experienced a hostile work environment because of his race?

Yes_____     No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE -25- AS TO PLAINTIFF DENNIS SMITH**

2.     Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Robinson experienced?

Yes_____     No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3-6;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE -25- AS TO PLAINTIFF DENNIS SMITH**

3.      What amount of emotional distress damages is Plaintiff Robinson entitled to

recover for his hostile work environment claim?

$_____

4.     Is Plaintiff Robinson entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____          No_____

5.      If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Robinson's hostile work environment claim:

$_____

### AS TO PLAINTIFF ROBERT ROBINSON (CONT.)

### Count 2 — Constructive Discharge

6.      Do you find by a preponderance of the evidence that Plaintiff Robinson quit

because of a hostile work environment that a reasonable person in his position would have felt

was intolerable?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 6, MOVE ON TO QUESTION 7;**

**IF YOU ANSWERS "NO" TO QUESTION 6, MOVE ON TO PAGE -25- AS TO
PLAINTIFF DENNIS SMITH**

7.      What amount of emotional distress damages is Plaintiff Robinson entitled to

recover for his constructive discharge claim:

$_____

8.      What amount of damages is Plaintiff Robinson entitled to recover for past lost

earnings:

$_____

9.      What amount of damages is Plaintiff Robinson entitled to recover for future lost

earnings?

$_____

10.      Is Plaintiff Robinson entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for constructively discharging him?

Yes_____            No_____

11.      If the answer to Question 10 is "Yes," state the amount of money that is awarded

in punitive damages:

$_____

**MOVE ON TO PAGE -25- AS TO PLAINTIFF DENNIS SMITH**

## AS TO PLAINTIFF DENNIS SMITH
### Count 1 – Hostile Work Environment

1.      Do you find by a preponderance of the evidence that Plaintiff Smith experienced a

hostile work environment because of his race?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE -26- AS TO
PLAINTIFF RON STEWART**

2.      Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Smith experienced?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE -26- AS TO
PLAINTIFF RON STEWART**

3.       What amount of emotional distress damages is Plaintiff Smith entitled to recover

for his hostile work environment claim?

$_____

4.      Is Plaintiff Smith entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____            No_____

5.       If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Smith's hostile work environment claim:

$_____

**MOVE ON TO PAGE -26- AS TO PLAINTIFF RON STEWART**

## AS TO PLAINTIFF RON STEWART

### Count 1 – Hostile Work Environment

1.      Do you find by a preponderance of the evidence that Plaintiff Stewart experienced

a hostile work environment because of his race?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE -27- AS TO
PLAINTIFF DAVID SWAIN**

2.      Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Stewart experienced?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE -27- AS TO
PLAINTIFF DAVID SWAIN**

3.       What amount of emotional distress damages is Plaintiff Stewart entitled to

recover for his hostile work environment claim?

$_____

4.      Is Plaintiff Stewart entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____            No_____

5.       If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Stewart's hostile work environment claim:

$_____

**MOVE ON TO PAGE -27- AS TO PLAINTIFF DAVID SWAIN**

## <u>AS TO PLAINTIFF DAVID SWAIN</u>

### Count 1 – Hostile Work Environment

1.       Do you find by a preponderance of the evidence that Plaintiff Swain experienced

a hostile work environment because of his race?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE -29- AS TO PLAINTIFF RON VALENTINE**

2.       Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Swain experienced?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3-6;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE -29- AS TO PLAINTIFF RON VALENTINE**

3.       What amount of emotional distress damages is Plaintiff Swain entitled to recover

for his hostile work environment claim?

$_____

4.       Is Plaintiff Swain entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____               No_____

5.       If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Swain's hostile work environment claim:

$_____

## AS TO PLAINTIFF DAVID SWAIN (CONT.)

### Count 2 — Constructive Discharge

6.     Do you find by a preponderance of the evidence that Plaintiff Swain quit because of a hostile work environment that a reasonable person in his position would have felt was intolerable?

Yes_____        No_____

**IF YOU ANSWERED "YES" TO QUESTION 6, MOVE ON TO QUESTIONS 7-11;**

**IF YOU ANSWERS "NO" TO QUESTION 6, MOVE ON TO PAGE -29- AS TO PLAINTIFF RON VALENTINE**

7.     What amount of emotional distress damages is Plaintiff Swain entitled to recover for his constructive discharge claim:

$_____

8.     What amount of damages is Plaintiff Swain entitled to recover for past lost earnings:

$_____

9.     What amount of damages is Plaintiff Swain entitled to recover for future lost earnings?

$_____

10.     Is Plaintiff Swain entitled to an award of punitive damages against Defendant Newport News Industrial Corporation for constructively discharging him?

Yes_____                No_____

11.     If the answer to Question 10 is "Yes," state the amount of money that is awarded in punitive damages:

$_____

**MOVE ON TO PAGE - 29 - AS TO PLAINTIFF RON VALENTINE**

## <u>AS TO PLAINTIFF RON VALENTINE</u>

### Count 1 – Hostile Work Environment

1.  Do you find by a preponderance of the evidence that Plaintiff Valentine

experienced a hostile work environment because of his race?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE -30- AS TO RODERICK WADDELL, SR.**

2.  Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Valentine experienced?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE -30- AS TO RODERICK WADDELL, SR.**

3.   What amount of emotional distress damages is Plaintiff Valentine entitled to

recover for his hostile work environment claim?

$_____

4.  Is Plaintiff Valentine entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____              No_____

5.   If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Valentine's hostile work environment claim:

$_____

**<u>MOVE ON TO PAGE -30- AS TO RODERICK WADDELL, SR.</u>**

## AS TO PLAINTIFF RODERICK WADDELL, SR.

### Count 1 – Hostile Work Environment

1.     Do you find by a preponderance of the evidence that Plaintiff Waddell, Sr.

experienced a hostile work environment because of his race?

Yes_____     No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, MOVE ON TO PAGE -31- AS TO PLAINTIFF BRANDON WALKER**

2.     Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Waddell, Sr. experienced?

Yes_____     No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, MOVE ON TO PAGE -31- AS TO PLAINTIFF BRANDON WALKER**

3.      What amount of emotional distress damages is Plaintiff Waddell, Sr. entitled to

recover for his hostile work environment claim?

$_____

4.     Is Plaintiff Waddell, Sr. entitled to an award of punitive damages against

Defendant Newport News Industrial Corporation for the hostile work environment?

Yes_____          No_____

5.      If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Waddell, Sr.'s hostile work environment claim:

$_____

**MOVE ON TO PAGE -31- AS TO PLAINTIFF BRANDON WALKER**

## AS TO PLAINTIFF BRANDON WALKER

### Count 1 – Hostile Work Environment

1.      Do you find by a preponderance of the evidence that Plaintiff Walker experienced

a hostile work environment because of his race?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 1, MOVE ON TO QUESTION 2;**

**IF YOU ANSWERED "NO" TO QUESTION 1, ENSURE YOU HAVE COMPLETED A
VERDICT FORM FOR EACH OF THE PRECEEDING PLAINTIFFS**


2.      Is Defendant Newport News Industrial Corporation liable for the hostile work

environment Plaintiff Walker experienced?

Yes_____          No_____

**IF YOU ANSWERED "YES" TO QUESTION 2, MOVE ON TO QUESTIONS 3, 4 and 5;**

**IF YOU ANSWERED "NO" TO QUESTION 2, ENSURE YOU HAVE COMPLETED A
VERDICT FORM FOR EACH OF THE PRECEEDING PLAINTIFFS**


3.       What amount of emotional distress damages is Plaintiff Walker entitled to

recover for his hostile work environment claim?

$_____

4.      Is Plaintiff Walker entitled to an award of punitive damages against Defendant

Newport News Industrial Corporation for the hostile work environment?

Yes_____              No_____

5.       If the answer to Question 4 is "Yes," state the amount of money that is awarded

in punitive damages on Plaintiff Walker's hostile work environment claim:

$_____


**ENSURE YOU HAVE COMPLETED A VERDICT FORM FOR EACH OF THE
PRECEEDING PLAINTIFFS**

- 31 -

After completing this form, the Foreperson should sign and date it, place it in an envelope and inform the Marshall that the jury has reached a verdict.

_____                    _____
Date                                                                            Foreperson

Dated: August 12, 2021

By: _____ /s/ James H. Shoemaker
        James H. Shoemaker, Jr.
        Virginia State Bar No. 33148
        Patten, Wornom, Hatten & Diamonstein, L.C.
        12350 Jefferson Avenue, Suite 300
        Newport News, Virginia 23602
        Telephone:  (757) 223-4500
        Fax:  (757) 249-1627
        jshoemaker@phwd.com
        Local Counsel for Plaintiffs

By: _____ /s/ Rebecca Houlding
        Rebecca Houlding
        Friedman & Houlding LLP
        1050 Seven Oaks Lane
        Mamaroneck, NY 10543
        Tel (212) 308-4338 x 5
        Fax (866) 731-5553
        Rebecca@friedmanhouldingllp.com
        Admitted Pro Hac Vice

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 12, 2021, I will electronically file the foregoing Plaintiffs'

Proposed Verdict Form with the Clerk of Court using the CM/ECF system, which will send a

notification of such filing (NEF) to all counsel of record.

By:  <u>*/s/ James H. Shoemaker, Jr.*</u>
Local Counsel

James H. Shoemaker, Jr., Esq.
Virginia State Bar No. 33148
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4580
Facsimile: (757) 249-1627

iii